427 A.2d 1210

Commonwealth v. Vasquez, Appellant.

Submitted September 13, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.